THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MAINELLO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ACHILLE LOMBARDI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendants of the crime of violation of section 986 of the Penal Law, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS ROBERTSON, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of violating the provisions of section 78 of the Multiple Dwelling Law, in that a refrigerator was not kept in repair, reversed on the law and the facts, the complaint dismissed and the fine remitted. In our opinion, a refrigerator installed by a landlord in an apartment in a multiple dwelling is a part of the premises which must be kept in repair under section 78 of the Multiple Dwelling Law. (Cf. *Herring* v. *Slattery & Bros.*, 291 N. Y. 794.) Defendant, the superintendent of the building, who collected the rents and could order some repairs to be made, was the agent in control of the dwelling within the purview of subdivision 44 of section 4 and subdivision 8 of section 304 of that statute. (Cf. *People* v. *Friedman*, 300 N. Y. 694; *People* v. *Pease & Elliman*, 173 App. Div. 752, affd. 219 N. Y. 627, and *People* v. *Higgins*, 273 App. Div. 971.) Defendant's guilt, however, was not established beyond a reasonable doubt. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

CONRAD SCARLATA, Respondent, v. MICHAEL A. FINAZZO, Appellant.— In an action to reform a contract for the sale of real property and for specific performance of the contract as reformed, or in the alternative for money damages and other relief incidental thereto, defendant, the contract vendee, appeals from a judgment granting the relief sought by plaintiff, the contract vendor. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ. [See 282 App. Div. 697.]

GEORGE W. SMITH, Respondent, v. ELIZABETH ALBERTSON et al., Appellants, et al., Defendants.— In an action to determine the validity of title to real property pursuant to article 15 of the Real Property Law, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [201 Misc. 940.] [See 282 App. Div. 741.]

MATILDA TAISHOFF et al., Appellants, v. LILIAS P. GIRVIN et al., Respondents. — Action to impress a trust on the benefits acquired by the defendants as lessees of certain real property and for an accounting with respect thereto. Judgment for defendants unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.